# EXHIBIT A

4827-1365-0584, v. 2

# CRYSTAL VOGUE INC.
## CONTRACT

**CONTRACT NO: NLF20170221**

DATE:FEB 10TH,2017

买方(BUYER): CRYSTAL VOGUE INC.
地址(ADDRESS): 12 VAN BRUNT ST, EDISON, NJ 08837 USA
联系人 (CONTACT PERSON): YUDNIEY
电话(TEL): +1 (732) 688-4672

卖方(SELLER): XIAMEN ITG GROUP CORP.,LTD
地址(ADDRESS): 8-18F,GUOMAO BUILDING, HUBIN SOUTH ROAD, XIAMEN CITY, CHINA
联系人(CONTACT PERSON): 柏卫民/沈良燕
电话(TEL): +86-13065585718

1、兹经买卖双方同意成交 下列商品订立条款如下:
It's agreed by bothe parties to trade the following commodities with the following terms:

| 货物名称Description | Our Reference No. | Container # | Quantity (KGS) Per Container | Total Quantity (KGS) | Unit Price | Amount |
|---|---|---|---|---|---|---|
| RAYON SPANDEX, 克重(Weight):145克/平方米 (145g/square meter), 4.31米/公斤(4.31m/kg) 门幅(Width):160厘米(160cm), 成分(Composition):96%人棉, 4%氨纶 (96%rayon, 4%spandex) | | | 24,000KG/40"HQ | 14 containers of 40"HQ | CIF Mexico City, Mexico Pantaco Via prot of MANZANLLO or LAZARO CARDENAS | USD |
| NEGRO | | C#RY1070-1073 | 4200 | 16800 | $ 4.500 | $75,600.00 |
| MARINO | | C#RY1070-1073 | 1200 | 4800 | $ 4.500 | $21,600.00 |
| HUESO | | C#RY1070-1073 | 1800 | 7200 | $ 4.500 | $32,400.00 |
| BLANCO | | C#RY1070-1073 | 1200 | 4800 | $ 4.500 | $21,600.00 |
| ROJO | | C#RY1070-1073 | 1800 | 7200 | $ 4.500 | $32,400.00 |
| REY | | C#RY1070-1073 | 1800 | 7200 | $ 4.500 | $32,400.00 |
| CORAL | | C#RY1070-1073 | 1800 | 7200 | $ 4.500 | $32,400.00 |
| FIUSHA | | C#RY1070-1073 | 1800 | 7200 | $ 4.500 | $32,400.00 |
| JADE | | C#RY1070-1073 | 1200 | 4800 | $ 4.500 | $21,600.00 |
| TURQUESA | | C#RY1070-1073 | 600 | 2400 | $ 4.500 | $10,800.00 |
| PALO DE ROSA | | C#RY1070-1073 | 1200 | 4800 | $ 4.500 | $21,600.00 |
| OLIVE | | C#RY1070-1073 | 1200 | 4800 | $ 4.500 | $21,600.00 |
| VINO | | C#RY1070-1073 | 1200 | 4800 | $ 4.500 | $21,600.00 |
| AMARILLO | | C#RY1070-1073 | 1200 | 4800 | $ 4.500 | $21,600.00 |
| DENIM | | C#RY1070-1073 | 600 | 2400 | $ 4.500 | $10,800.00 |
| BEIGE | | C#RY1070-1073 | 1200 | 4800 | $ 4.500 | $21,600.00 |

| | | | | | |
|---|---|---|---|---|---|
| NEGRO | C#RY1074-1079 | 4800 | 28800 | $ 4.500 | $129,600.00 |
| MARINO | C#RY1074-1079 | 1200 | 7200 | $ 4.500 | $32,400.00 |
| HUESO | C#RY1074-1079 | 1800 | 10800 | $ 4.500 | $48,600.00 |
| ROJO | C#RY1074-1079 | 1800 | 10800 | $ 4.500 | $48,600.00 |
| REY | C#RY1074-1079 | 1800 | 10800 | $ 4.500 | $48,600.00 |
| CORAL | C#RY1074-1079 | 1200 | 7200 | $ 4.500 | $32,400.00 |
| FIUSHA | C#RY1074-1079 | 1200 | 7200 | $ 4.500 | $32,400.00 |
| JADE | C#RY1074-1079 | 1200 | 7200 | $ 4.500 | $32,400.00 |
| PALO DE ROSA | C#RY1074-1079 | 1800 | 10800 | $ 4.500 | $48,600.00 |
| OLIVE | C#RY1074-1079 | 1800 | 10800 | $ 4.500 | $48,600.00 |
| VINO | C#RY1074-1079 | 1800 | 10800 | $ 4.500 | $48,600.00 |
| AMARILLO | C#RY1074-1079 | 1200 | 7200 | $ 4.500 | $32,400.00 |
| JASPE PERLA | C#RY1074-1079 | 1800 | 10800 | $ 4.500 | $48,600.00 |
| JASPE AVENA | C#RY1074-1079 | 600 | 3600 | $ 4.500 | $16,200.00 |
| NEGRO | C#RY1080-1083 | 7200 | 28800 | $ 4.500 | $108,000.00 |
| MARINO | C#RY1080-1083 | 2400 | 9600 | $ 4.500 | $32,400.00 |
| HUESO | C#RY1080-1083 | 2400 | 9600 | $ 4.500 | $54,000.00 |
| ROJO | C#RY1080-1083 | 2400 | 9600 | $ 4.500 | $43,200.00 |
| REY | C#RY1080-1083 | 2400 | 9600 | $ 4.500 | $43,200.00 |
| CORAL | C#RY1080-1083 | 1800 | 7200 | $ 4.500 | $32,400.00 |
| FIUSHA | C#RY1080-1083 | 1800 | 7200 | $ 4.500 | $32,400.00 |
| JADE | C#RY1080-1083 | 1200 | 4800 | $ 4.500 | $21,600.00 |
| JASPE PERLA | C#RY1080-1083 | 1800 | 7200 | $ 4.500 | $32,400.00 |
| JASPE AVENA | C#RY1080-1083 | 600 | 2400 | $ 4.500 | $10,800.00 |
| Total | | | 336000 | | $1,490,400.00 |

2、交货地点及时间（PLACE & DATE OF DELIVERY）：
CIF MEXICO CITY,MEXICO via port of MANZANLLIO or LAZARO CARDENAS.
C#RY1070/RY1074/RY1080必须在2017年5月15日前离开中国口岸，C#RY1071/RY1075/RY1081必须在2017年5月30日前离开中国口岸。
C#RY1072/RY1076/RY1082必须在2017年6月15日前离开中国口岸，C#RY1073/RY1077/RY1083必须在2017年6月30日前离开中国口岸。
C#RY1078必须在2017年7月7日前离开中国口岸，C#RY1079必须在2017年7月15日前离开中国口岸。
The containers of C#RY1070/RY7074/RY1080 must depart form any port of CHINA before May.15th,2017.
The containers of C#RY1071/RY1075/RY1081 must depart form any port of CHINA before May.30th,2017.
The containers of C#RY1072/RY1076/RY1082 must depart form any port of CHINA before Jun.15th,2017.
The containers of C#RY1073/RY1077/RY1083 must depart form any port of CHINA before Jun.30th,2017.
The containers of C#RY1078 must depart form any port of CHINA before Jul.7th,2017.




The containers of C#RY1079 must depart form any port of CHINA before Jul.15th,2017.

3、 运费（FREIGHT CHARGE TERMS）：
预付运费到达目的港：墨西哥城 （PREPAID TO MEXICO CITY,MEXICO）

4、 包装（PACKING）:用塑料袋（最好中间有小孔镂空）包装，每卷两侧贴标签，标识的重量和米数按照4.31米/公斤计算。
SEAL WITH PLASTIC AND LABEL FOR BOTH SIDE OF THE EACH ROLL. COUNT 4.31M/KG TO MARK ON THE LABEL.

5、 文件要求（DOCUMENTS REQUIREMENTS）:
每个货柜需要单独的商业发票，装箱单和提单
EACH CONTAINER HAS TO COME WITH INDIVIDUAL COMMERCIAL INVOICE,PACKING LIST AND BILL OF LADING.

6、 付款条件（TERMS OF PAYMENT）:
OA 180days.

7、 数量(QTY):
336,000 kilograms
ALLOWANCE +/-5% MORE OR LESS OF QUANTITIES

8、 Any claim should be lodged by the buyers within 10days after having discharged the goods at the port of destination. After garments cutting no claim.

9、 Arbitration: Any dispute, controversy or claim arising out of or relating to this contract, or the breach, termination or invalidity thereof, shall be settled amicably through negotiation. In case no settlement can be reached between the two parties, the case shall be submitted for arbitration to China International Economic and Trade Arbitration Commission in Beijing in accordance with its Arbitration Rules. The tribunal shall be composed of three arbitrators. Each party shall nominate one arbitrator and jointly nominate the third arbitrator who shall act as the presiding arbitrator. Where the parties have failed to nominate the third arbitrator, the third arbitrator shall be appointed by the chairman of CIETAC. The presiding arbitrator shall not be a lawyer in practice. The arbitrary award shall be accepted as final and binding upon both parties. The arbitration fee shall be borne by the losing party.

10、 PI and order after sign no cancelllance, if buyer cancel should pay all Seller's cost, if Seller cancel are same.

11、 Notice
Any notice under this agreement must be in writing by registered email as following:
Buyer's: email "fengxu88888@gmail.com"
Seller's: email: mubai52639 <mubai52639@aliyun.com>; downy <downy@itg.com.cn>; 964895151@qq.com

买方签章
BUYER'S SIGNATURE 

卖方签章
SELLER'S SIGNATURE 



# COMMERCIAL INVOICE

**ISSUER:**
XIAMEN ITG GROUP CORP., LTD
8-18F, GUOMAO BUILDING, HUBIN SOUTH ROAD,
XIAMEN, CHINA ZIP CODE: 361000
TAX ID: 913502001550054395
TEL/FAX: 0592-5161888

**TO:**
JACE IMPORTACIONES S.A. DE C.V.
CALLE PLAZA BUENAVISTA NUMERO 2 INTERIOR 304-305,
COLONIA BUENAVISTA DELEGACION CUAUHTEMOC, C.P. 06350 MEXICO D.F.
R.F.C.: JIM150410 7KA
ATTN: JOSE SALAZAR +52(55) 4336 3220
JACEIMPORT@OUTLOOK.COM

| INVOICE NO.: 17317YFM08S | DATE: JUN. 7, 2017 |
|---|---|
| S/C NO: | NLF20170221 |

**TRANSPORT DETAILS:** FROM NINGBO, CHINA TO MEXICO CITY, MEXICO

**TERMS OF PAYMENT:** OA 180 DAYS

| MARKS & NO. | DESCRIPTION | QUANTITY (KGS) | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| | FABRICS-TEXTILE | | CIF MEXICO CITY, MEXICO | |
| C#RY1070 | RAYON SPANDEX<br>WEIGHT: 145GSM<br>WIDTH: 160CM<br>COMPOSITION: 96%RAYON, 4%SPANDEX | 22738.80KGS | USD4.40/KG | US$100,050.72 |
| **TOTAL** | PACKAGE: 1020 ROLLS | 22738.80KGS<br>G.W.: 23000 KGS | N.W.: 22738.8 KGS | US$100,050.72 |

SAY U.S. DOLLARS ONE HUNDRED THOUSAND FIFTY AND CENTS SEVENTY ONLY

**VESSEL NAME & VOYAGE NO.:** SANTA INES/723E
**DATE OF SHIPMENT:** JUN. 11, 2017



厦门国贸集团股份有限公司
XIAMEN ITG GROUP CORP., LTD.

王利芳

# CRYSTAL VOGUE INC.
# CONTRACT

CONTRACT NO: NLF20170320

DATE: FEB.10TH, 2017

| 买方(BUYER): | CRYSTAL VOGUE INC. | 卖方(SELLER): | XIAMEN ITG GROUP CORP., LTD |
| --- | --- | --- | --- |
| 地址(ADDRESS): | 36 Will Road Edison NJ 08837 USA | 地址(ADDRESS): | 8-18F, GUOMAO BUILDING, HUBIN SOUTH ROAD, XIAMEN CITY, CHINA |
| 联系人(CONTACT PERSON): | EMILY | 联系人(CONTACT PERSON): | 柏卫民/沈良燕 |
| 电话(TEL): | +1(732) 688 1672 | 电话(TEL): | +86-13065585718 |

1、兹经买卖双方同意成交下列商品订立条款如下：
It's agreed by bothe parties to trade the following commodities with the following terms:

| 货物名称 Description | Our Reference No. | Container # | Quantity (KGS) Per Container | Total Quantity (KGS) | Unit Price | Amount |
| --- | --- | --- | --- | --- | --- | --- |
| RAYON SPANDEX, 克重(Weight):145克/平方米 (145g/square meter), 4.31米/公斤 (4.31m/kg) 门幅(Width):160厘米(160cm), 成分(Composition):96%人棉, 4%氨纶 (96%rayon, 4%spandex) | | | 24,000KG/40"HQ | 3 containers of 40"HQ | LDP Mexico City, Mexico Pantaco Via prot of MANZANLLIO or LAZARO CARDENAS. | USD |
| NEGRO | | C#RY1067-1069 | 6000 | 18000 | $ 6.290 | $113,220.00 |
| MARINO | | C#RY1067-1069 | 1800 | 5400 | $ 6.290 | $33,966.00 |
| HUESO | | C#RY1067-1069 | 3000 | 9000 | $ 6.290 | $56,610.00 |
| BLANCO | | C#RY1067-1069 | 1200 | 3600 | $ 6.290 | $22,644.00 |
| ROJO | | C#RY1067-1069 | 2400 | 7200 | $ 6.290 | $45,288.00 |
| REY | | C#RY1067-1069 | 2400 | 7200 | $ 6.290 | $45,288.00 |
| CORAL | | C#RY1067-1069 | 1800 | 5400 | $ 6.290 | $33,966.00 |
| FIUSHA | | C#RY1067-1069 | 1800 | 5400 | $ 6.290 | $33,966.00 |
| JADE | | C#RY1067-1069 | 1200 | 3600 | $ 6.290 | $22,644.00 |
| JASPE PERLA | | C#RY1067-1069 | 1800 | 5400 | $ 6.290 | $33,966.00 |
| JASPE AVENA | | C#RY1067-1069 | 600 | 1800 | $ 6.290 | $11,322.00 |
| Total | | | | 72000 | | $452,880.00 |

2、交货地点及时间（PLACE & DATE OF DELIVERY）：
LDP MEXICO CITY, MEXICO via port of MANZANLLIO or LAZARO CARDENAS.
C#RY1067-RY1069必须在2017年7月15日前离开中国口岸。
The containers of C#RY1067-RY1069 must depart form any port of CHINA before Jul.15th,2017.

3、运费（FREIGHT CHARGE TERMS）：
预付运费到达目的港：墨西哥城（PREPAID TO MEXICO CITY,MEXICO）
LDP The guest warehouse, customs clearance fee and customs duties are paid by XIAMEN ITG GROUP CORP., LTD

4、包装（PACKING）：用塑料袋（最好中间有小孔镂空）包装，每卷两侧贴标签，标识的重量和米数按照4.31米/公斤计算。
SEAL WITH PLASTIC AND LABEL FOR BOTH SIDE OF THE EACH ROLL. COUNT 4.31M/KG TO MARK ON THE LABEL.

5、文件要求（DOCUMENTS REQUIREMENTS）：
每个货柜需要单独的商业发票，装箱单和提单
EACH CONTAINER HAS TO COME WITH INDIVIDUAL COMMERCIAL INVOICE,PACKING LIST AND BILL OF LADING.

6、付款条件（TERMS OF PAYMENT）：
OA 180days.

7、数量(QTY)：
72,000 kilograms
ALLOWANCE +/-5% MORE OR LESS OF QUANTITIES

8、Any claim should be lodged by the buyers within 10days after having discharged the goods at the port of destination.
After garments cutting no claim.

9、Arbitration: Any dispute, controversy or claim arising out of or relating to this contract, or the breach, termination or invalidity thereof, shall be settled amicably through negotiation. In case no settlement can be reached between the two parties, the case shall be submitted for arbitration to China International Economic and Trade Arbitration Commission in Beijing in accordance with its Arbitration Rules. The tribunal shall be composed of three arbitrators. Each party shall nominate one arbitrator and jointly nominate the third arbitrator who shall act as the presiding arbitrator. Where the parties have failed to nominate the third arbitrator, the third arbitrator shall be appointed by the chairman of CIETAC. The presiding arbitrator shall not be a lawyer in practice. The arbitrary award shall be accepted as final and binding upon both parties. The arbitration fee shall be borne by the losing party.

10、PI and order after sign no cancellance, if buyer cancel should pay all Seller's cost, if Seller cancel are same.

11、Notice
Any notice under this agreement must be in writing by registered email as following:
Buyer's: email "emily88888@gmail.com"
Seller's: email "hubinshipmtba52639@aliyun.com"; downy <downy@itg.com.cn>; 964895151@qq.com

买方签章
BUYER'S SIGNATURE

卖方签章
SELLER'S SIGNATURE

# COMMERCIAL INVOICE

ISSUER:
XIAMEN ITG GROUP CORP., LTD
9 18F, GUOMAO BUILDING, HUBIN SOUTH ROAD,
XIAMEN, CHINA ZIP CODE: 361000
TAX ID: 91350200155005439S
TEL/FAX:0592-5161888

TO:
JACE IMPORTACIONES S.A. DE C.V.
CALLE PLAZA BUENAVISTA NUMERO 2 INTERIOR 304-305,
COLONIA BUENAVISTA DELEGACION CUAUHTEMOC, C.P.06350 MEXICO D.F.
R.F.C.: JIM150410 7KA
ATTN: JOSE SALAZAR +52(55) 4336 3220
JACEIMPORT@OUTLOOK.COM

INVOICE NO.: 17326YFM08T          DATE: JUN. 21, 2017

S/C NO:           NLF20170220

TRANSPORT DETAILS:
FROM NINGBO, CHINA TO MEXICO CITY, MEXICO

TERMS OF PAYMENT:
OA 180 DAYS

| MARKS & NO. | DESCRIPTION | QUANTITY (KGS) | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| C#RY1067 | FABRICS-TEXTILE<br>RAYON SPANDEX<br>WEIGHT:145GSM<br>WIDTH:160CM,<br>COMPOSITION:96%RAYON, 4%SPANDEX | 22644.60KGS | LDP MEXICO CITY,MEXICO<br>USD6.29/KG | US$142,434.53 |
| TOTAL: | PACKAGE: 1009 ROLLS | 22644.60KGS<br>G.W.:22950 KGS | | US$142,434.53<br>N.W.: 22644.6 KGS |

SAY U.S. DOLLARS ONE HUNDRED AND FORTY TWO THOUSAND FOUR HUNDRED AND THIRTY FOUR AND CENTS FIFTY THREE ONLY.

VESSEL NAME & VOYAGE NO.:     SANTA ISABEL / 725E
DATE OF SHIPMENT:             JUN. 25, 2017



厦门国贸集团股份有限公司
XIAMEN ITG GROUP CORP., LTD.

# CRYSTAL VOGUE INC.
# CONTRACT

**CONTRACT NO: NLF20170221**              DATE:FEB.10TH,2017

买方(BUYER): CRYSTAL VOGUE INC.  
地址(ADDRESS): 36 WJK Road Edison NJ 08837 USA  
联系人(CONTACT PERSON): YUNNIE ?  
电话(TEL): +1 (732) 638-4672011

卖方(SELLER): XIAMEN ITG GROUP CORP., LTD  
地址(ADDRESS): 8-18F,GUOMAO BUILDING, HUBIN SOUTH ROAD, XIAMEN CITY, CHINA  
联系人(CONTACT PERSON): 柏卫民/沈良燕  
电话(TEL): +86-13065585718

1、兹经买卖双方同意成交下列商品并立条款如下：
   It's agreed by bothe parties to trade the following commodities with the following terms:

| 货物名称Description | Our Reference No. | Container # | Quantity (KGS) | Total Quantity (KGS) | Unit Price | Amount |
|---|---|---|---|---|---|---|
| RAYON SPANDEX, 克重(Weight):145克/平方米 (145g/square meter), 4.31米/公斤 (4.31m/kg) 门幅(Width):160厘米(160cm), 成分(Composition):96%人棉,4%氨纶 (96%rayon, 4%spandex) | | | 24,000KG/40"HQ | 10 containers of 40"HQ | LDP Mexico City, Mexico Pantaco Via prot of MANZANLLIO or LAZARO CARDENAS. | USD |
| NEGRO | | C#RY1074-1079 | 4800 | 28800 | $ 6.290 | $181,152.00 |
| MARINO | | C#RY1074-1079 | 1200 | 7200 | $ 6.290 | $45,288.00 |
| HUESO | | C#RY1074-1079 | 1800 | 10800 | $ 6.290 | $67,932.00 |
| ROJO | | C#RY1074-1079 | 1800 | 10800 | $ 6.290 | $67,932.00 |
| REY | | C#RY1074-1079 | 1800 | 10800 | $ 6.290 | $67,932.00 |
| CORAL | | C#RY1074-1079 | 1200 | 7200 | $ 6.290 | $45,288.00 |
| FIUSHA | | C#RY1074-1079 | 1200 | 7200 | $ 6.290 | $45,288.00 |
| JADE | | C#RY1074-1079 | 1200 | 7200 | $ 6.290 | $45,288.00 |
| PALO DE ROSA | | C#RY1074-1079 | 1800 | 10800 | $ 6.290 | $67,932.00 |
| OLIVE | | C#RY1074-1079 | 1800 | 10800 | $ 6.290 | $67,932.00 |
| VINO | | C#RY1074-1079 | 1800 | 10800 | $ 6.290 | $67,932.00 |
| AMARILLO | | C#RY1074-1079 | 1200 | 7200 | $ 6.290 | $45,288.00 |
| JASPE PERLA | | C#RY1074-1079 | 1800 | 10800 | $ 6.290 | $67,932.00 |
| JASPE AVENA | | C#RY1074-1079 | 600 | 3600 | $ 6.290 | $22,644.00 |
| NEGRO | | C#RY1080-1083 | 7200 | 28800 | $ 6.290 | $181,152.00 |
| MARINO | | C#RY1080-1083 | 2400 | 9600 | $ 6.290 | $60,384.00 |
| HUESO | | C#RY1080-1083 | 2400 | 9600 | $ 6.290 | $60,384.00 |
| ROJO | | C#RY1080-1083 | 2400 | 9600 | $ 6.290 | $60,384.00 |
| REY | | C#RY1080-1083 | 2400 | 9600 | $ 6.290 | $60,384.00 |
| CORAL | | C#RY1080-1083 | 1800 | 7200 | $ 6.290 | $45,288.00 |
| FIUSHA | | C#RY1080-1083 | 1800 | 7200 | $ 6.290 | $45,288.00 |
| JADE | | C#RY1080-1083 | 1200 | 4800 | $ 6.290 | $30,192.00 |
| JASPE PERLA | | C#RY1080-1083 | 1800 | 7200 | $ 6.290 | $45,288.00 |
| JASPE AVENA | | C#RY1080-1083 | 600 | 2400 | $ 6.290 | $15,096.00 |
| Total | | | | 240000 | | $1,509,600.00 |

2、交货地点及时间（PLACE & DATE OF DELIVERY）:
   LDP MEXICO CITY, MEXICO via port of MANZANLLIO or LAZARO CARDENAS.
   C#RY1074/1075/1076必须在2017年7月15日前离开中国口岸，C#RY1077必须在2017年7月30日前离开中国口岸。
   C#RY1078/1079必须在2017年8月15日前离开中国口岸，C#RY1080必须在2017年8月30日前离开中国口岸。
   C#RY1081必须在2017年9月15日前离开中国口岸，C#RY1082-1083必须在2017年9月30日前离开中国口岸。
   The containers of C#RY1074/1075/1076 must depart form any port of CHINA before Jul.15th,2017,
   The containers of C#RY1077 must depart form any port of CHINA before Jul.30th,2017.
   The containers of C#RY108-1079 must depart form any port of CHINA before Aug.15th,2017,
   The containers of C#RY1080 must depart form any port of CHINA before Aug.30th,2017.
   The containers of C#RY1081 must depart form any port of CHINA before Sep.15th,2017,
   The containers of C#RY1082-1083 must depart form any port of CHINA before Sep.30th,2017.

3、运费（FREIGHT CHARGE TERMS）:
   预付运费到达目的港：墨西哥城（PREPAID TO MEXICO CITY,MEXICO）
   LDP The guest warehouse, customs clearance fee and customs duties are paid by XIAMEN ITG GROUP CORP., LTD

4、包装（PACKING): 用塑料袋（最好中间有小孔镂空）包装，每卷两侧贴标签，标识的重量和米数按照4.31米/公斤计算。

SEAL WITH PLASTIC AND LABEL FOR BOTH SIDE OF THE EACH ROLL. COUNT 4.31M/KG TO MARK ON THE LABEL.

5、文件要求（DOCUMENTS REQUIREMENTS）:
每个货柜需要单独的商业发票，装箱单和提单
EACH CONTAINER HAS TO COME WITH INDIVIDUAL COMMERCIAL INVOICE, PACKING LIST AND BILL OF LADING.

6、付款条件（TERMS OF PAYMENT）:
OA 180days.

7、数量(QTY):
240,000 kilograms
ALLOWANCE +/-5% MORE OR LESS OF QUANTITIES

8、Any claim should be lodged by the buyers within 10days after having discharged the goods at the port of destination. After garments cutting no claim.

9、Arbitration: Any dispute, controversy or claim arising out of or relating to this contract, or the breach, termination or invalidity thereof, shall be settled amicably through negotiation. In case no settlement can be reached between the two parties, the case shall be submitted for arbitration to China International Economic and Trade Arbitration Commission in Beijing in accordance with its Arbitration Rules. The tribunal shall be composed of three arbitrators. Each party shall nominate one arbitrator and jointly nominate the third arbitrator who shall act as the presiding arbitrator. Where the parties have failed to nominate the third arbitrator, the third arbitrator shall be appointed by the chairman of CIETAC. The presiding arbitrator shall not be a lawyer in practice. The arbitrary award shall be accepted as final and binding upon both parties. The arbitration fee shall be borne by the losing party.

10、PI and order after sign no cancellance, if buyer cancel should pay all Seller's cost, if Seller cancel are same.

11、Notice
Any notice under this agreement must be in writing by registered email as following:
Buyer's: email
Seller's: email: mubai52639 <mubai52639@aliyun.com>; downy <downy@itg.com.cn>; 964895151@qq.com

买方签章　　　　　　　　　　　　　　　　　卖方签章
BUYER'S SIGN　　　　　　　　　　　　　　　SELLER'S SIGNATURE




# COMMERCIAL INVOICE

**ISSUER:**
XIAMEN ITG GROUP CORP., LTD
# 1SE, GUOMAO BUILDING, HUBIN SOUTH ROAD,
XIAMEN, CHINA ZIP CODE: 361000
TAX ID: 913502001550051395
TEL/FAX: 0592-5161888

**TO:**
LACE IMPORTACIONES S.A. DE C.V.
CALLE PLAZA BUENAVISTA NUMERO 2 INTERIOR 304-305,
COLONIA BUENAVISTA DELEGACION CUAUHTEMOC, C.P. 06350 MEXICO D.F.
R.F.C.: JIM150410 7KA
ATTN: JOSE SALAZAR +52(55) 1336 3220
LACEIMPORT@OUTLOOK.COM

| INVOICE NO. | DATE |
|---|---|
| 17327YFM08U | JUN. 20, 2017 |

S/C NO: NLF20170221

**TRANSPORT DETAILS:** FROM NINGBO, CHINA TO MEXICO CITY, MEXICO

**TERMS OF PAYMENT:** OA 180 DAYS

| MARKS & NO. | DESCRIPTION | QUANTITY (KGS) | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| | FABRICS-TEXTILE | LDP MEXICO CITY, MEXICO | | |
| C#RY1074 | RAYON SPANDEX<br>WEIGHT: 145GSM<br>WIDTH: 160CM,<br>COMPOSITION: 96%RAYON, 4%SPANDEX | 22619.40KGS | USD6.29/KG | US$142,276.03 |
| | | 22619.40KGS | | US$142,276.03 |

**TOTAL:** PACKAGE: 1015 ROLLS   G.W.: 23000 KGS   N.W.: 22619.4 KGS

SAY U.S. DOLLARS ONE HUNDRED AND FORTY TWO THOUSAND TWO HUNDRED AND SEVENTY SIX AND CENTS THREE ONLY

VESSEL NAME/VOYAGE NO.: SANTA ISABEL / 725E
DATE OF SHIPMENT: JUN. 25, 2017





厦门国贸集团股份有限公司
XIAMEN ITG GROUP CORP., LTD.

王利芳

# COMMERCIAL INVOICE

ISSUER:
XIAMEN ITG GROUP CORP., LTD
18F, GUOMAO BUILDING, HUBIN SOUTH ROAD,
XIAMEN, CHINA ZIP CODE: 361000
TAX ID: 913502001550054395
TEL/FAX:0592-5161888

TO:
JATE IMPORTACIONES S.A. DE C.V.
CALLE PLAZA BUENAVISTA NUMERO 2 INTERIOR 304-305,
COLONIA BUENAVISTA DELEGACION CUAUHTEMOC, C.P.06350 MEXICO D.F.
R.F.C.: JIM150410 7KA
ATTN: JOSE SALAZAR +52(55) 4336 3220
JATEIMPORT@OUTLOOK.COM

INVOICE NO.: 17328YFM08V    DATE: JUN. 20, 2017

S/C NO:    NLF20170221

TRANSPORT DETAILS:
FROM NINGBO, CHINA TO MEXICO CITY, MEXICO

TERMS OF PAYMENT:
OA 180 DAYS

| MARKS & NO. | DESCRIPTION | QUANTITY(KGS) | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
|  | FABRICS-TEXTILE | LDP MEXICO CITY, MEXICO | | |
| C#RY1080 | RAYON SPANDEX<br>WEIGHT:145GSM<br>WIDTH:160CM,<br>COMPOSITION:96%RAYON, 4%SPANDEX | 22516.90KGS | USD6.29/KG | US$141,631.30 |
| TOTAL:<br>PACKAGE: 1006 ROLLS | | 22516.90KGS<br>G.W.:22800 KGS | | US$141,631.30<br>N.W.: 22516.9 KGS |

SAY U.S. DOLLARS ONE HUNDRED AND FORTY ONE THOUSAND SIX HUNDRED AND THIRTY ONE AND CENTS THIRTY ONLY

VESSEL NAME/VOYAGE NO.:   SANTA ISABEL / 725E
DATE OF SHIPMENT:         JUN. 25, 2017




XIAMEN ITG GROUP CORP., LTD.

# CRYSTAL VOGUE INC.
# CONTRACT

**CONTRACT NO: NLF20170511**　　　　　　　　　　　　　　　　　DATE:MAY.10TH,2017

买方(BUYER):　CRYSTAL VOGUE INC.　　　　　　　　　　卖方(SELLER):　XIAMEN ITG GROUP CORP., LTD
地址(ADDRESS): 36 Wilk Road Edison NJ 08837 USA　　地址(ADDRESS): 8-18F,GUOMAO BUILDING, HUBIN SOUTH ROAD,
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　XIAMEN CITY, CHINA

联系人（CONTACT PERSON）: YUNNIE Y.　　　　　　　　联系人(CONTACT PERSON): 柏卫民/沈良燕
电话(TEL):　+1 (732) 688 4672　　　　　　　　　　　　　电话(TEL): +86-13065585718

1、兹经买卖双方同意成交下列商品订立条款如下：
　　It's agreed by bothe parties to trade the following commodities with the following terms:

| 货物名称Description | Our Reference No. | Container # | Quantity (MTS) Per Container | Total Quantity (KGS) | Unit Price (USD) | Amount |
|---|---|---|---|---|---|---|
| RAYON SPANDEX, 克重(Weight):145克/平方米 (145g/square meter), 4.31米/公斤(4.31m/kg) 门幅(Width):160厘米(160cm), 成分(Composition):95%人棉, 5%氨纶 (95%rayon, 5%spandex) | | | 40"HQ | 1 containers of 40"HQ | LDP Mexico City, Mexico Pantaco Via prot of MANZANLLIO or LAZARO CARDENAS. | USD |
| NEGRO | MR | C#AYR052 | 25000 | 5800 | $ 6.640 | 38,515.1 |
| VAPOROUS GRAY 12-4302 TCX | MR | C#AYR052 | 15000 | 3480 | $ 6.640 | 23,109.0 |
| NEGRO IRIS 19-3921 TCX | MR | C#AYR052 | 10000 | 2320 | $ 6.640 | 15,406.0 |
| BLANCO | MR | C#AYR052 | 10000 | 2320 | $ 6.640 | 15,406.0 |
| ZINFANDEL 19-1522 TCX | MR | C#AYR052 | 10000 | 2320 | $ 6.640 | 15,406.0 |
| JASPE PERLA | MR | C#AYR052 | 6000 | 1392 | $ 6.640 | 9,243.6 |
| TOMATO PUREE 18-1661 TCX | MR | C#AYR052 | 6000 | 1392 | $ 6.640 | 9,243.6 |
| MELON ROSA 15-1515 TCX | MR | C#AYR052 | 6000 | 1392 | $ 6.640 | 9,243.6 |
| BOTELLA PANTONE 560 C | MR | C#AYR052 | 6000 | 1392 | $ 6.640 | 9,243.6 |
| Total | | | | 21810 | | 144,816.7 |

2、交货地点及时间（PLACE & DATE OF DELIVERY）:
　　LDP MEXICO CITY ,MEXICO via port of  MANZANLLIO or LAZARO CARDENAS.
　　C#AYR052必须在2017年6月10日前离开中国口岸。
　　The containers of C#AYR052 must depart form any port of CHINA before Jun.10th,2017.

3、运费（FREIGHT CHARGE TERMS）：
　　预付运费到达目的港：墨西哥城 （PREPAID TO MEXICO CITY,MEXICO）
　　LDP The guest warehouse，customs clearance fee and customs duties are paid by XIAMEN ITG GROUP CORP., LTD

4、包装(PACKING): 用塑料袋（最好中间有小孔镂空）包装，每卷两侧贴标签，标识的重量和米数按照4.31米/公斤计算。
　　SEAL WITH PLASTIC AND LABEL FOR BOTH SIDE OF THE EACH ROLL. COUNT 4.31M/KG TO MARK ON THE LABEL.

5、文件要求（DOCUMENTS REQUIREMENTS）:
　　每个货柜需要单独的商业发票，装箱单和提单
　　EACH CONTAINER HAS TO COME WITH INDIVIDUAL COMMERCIAL INVOICE,PACKING LIST AND BILL OF LADING.

6、付款条件（TERMS OF PAYMENT）:
　　OA 180days.

7、数量(QTY):
　　21,810 kilograms
　　ALLOWANCE +/-5% MORE OR LESS OF QUANTITIES

8、Any claim should be lodged by the buyers within 10days after having discharged the goods at the port of destination.
　　After garments cutting no claim.

9、Arbitration: Any dispute, controversy or claim arising out of or relating to this contract, or the breach, termination or invalidity thereof, shall be settled amicably through negotiation. In case no settlement can be reached between the two parties, the case shall be submitted for arbitration to China International Economic and Trade Arbitration Commission in Beijing in accordance with its Arbitration Rules. The tribunal shall be composed of three arbitrators. Each party shall nominate one arbitrator and jointly nominate the third arbitrator who shall act as the presiding arbitrator. Where the parties have failed to nominate the third arbitrator, the third arbitrator shall be appointed by the chairman of CIETAC. The presiding arbitrator shall not be a lawyer in practice. The arbitrary award shall be accepted as final and binding upon both parties. The arbitration fee shall be borne by the losing party.

10、PI and order after sign no cancellance, if buyer cancel should pay all Seller's cost, if Seller cancel are same.

11、Notice:
　　Any notice under this agreement must be in writing by registered email as following:
　　Buyer's email:
　　Seller's email: mubai52639 <mubai52639@aliyun.com>; downy <downy@itg.com.cn>; 964895151@qq.com

买方签章　　　　　　　　　　　　　　　　　　　　　　　　　　　　卖方签章
BUYER'S SIGNATURE　　　　　　　　　　　　　　　　　　　　　SELLER'S SIGNATURE

| ISSUER: | COMMERCIAL INVOICE | |
|---|---|---|
| XIAMEN ITG GROUP CORP., LTD<br>B-18F, GUOMAO BUILDING, HUBIN SOUTH ROAD,<br>XIAMEN, CHINA ZIP CODE: 361000<br>TAX ID: 913502001550054395<br>TEL/FAX:0592-5161888 | | |
| TO:<br>JACE IMPORTACIONES S.A. DE C.V.<br>CALLE PLAZA BUENAVISTA NUMERO 2 INTERIOR 304-305,<br>COLONIA BUENAVISTA DELEGACION CUAUHTEMOC, C.P.06350 MEXICO D.F.<br>R.F.C.: JIM150410 7KA<br>ATTN: JOSE SALAZAR +52(55) 4336 3220<br>JACEIMPORT@OUTLOOK.COM | INVOICE NO.: 17329YFM08W | DATE: JUN. 20, 2017 |
| | S/C NO: | NLF20170511 |
| TRANSPORT DETAILS:<br>FROM NINGBO, CHINA TO MEXICO CITY, MEXICO | TERMS OF PAYMENT:<br>OA 180 DAYS | |

| MARKS & NO. | DESCRIPTION | QUANTITY (KGS) | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| | FABRICS-TEXTILE | LDP MEXICO CITY, MEXICO | | |
| C#AYR052 | RAYON SPANDEX<br>WEIGHT:145GSM<br>WIDTH:160CM,<br>COMPOSITION:95%RAYON, 5%SPANDEX | 22127.70KGS | USD6.64/KG | US$146,927.93 |
| | | 22127.70KGS | | US$146,927.93 |
| TOTAL: | PACKAGE: 984 ROLLS | G.W.:22450 KGS | N.W.: 22127.7 KGS | |

SAY U.S. DOLLARS ONE HUNDRED AND FORTY SIX THOUSAND NINE HUNDRED AND TWENTY SEVEN AND CENTS NINETY THREE ONLY

VESSEL NAME & VOYAGE NO.:   SANTA ISABEL / 725E
DATE OF SHIPMENT:           JUN. 25, 2017



厦门国贸集团股份有限公司
XIAMEN ITG GROUP CORP., LTD.



# CRYSTAL VOGUE INC.
# CONTRACT

**CONTRACT NO: NLF20170513**　　　　　　　　　　　　　　　　DATE:MAY.10TH,2017

买方(BUYER):　CRYSTAL VOGUE INC.　　　　　卖方(SELLER):　XIAMEN ITG GROUP CORP., LTD
地址(ADDRESS): 36 Wilk Road Edison NJ 08837 USA　　地址(ADDRESS): 8-18F,GUOMAO BUILDING, HUBIN SOUTH ROAD, XIAMEN CITY, CHINA

联系人（CONTACT PERSON）: YUNNIE Y.　　　　联系人(CONTACT PERSON): 柏卫民/沈良燕
电话(TEL):　　+1 (732) 688 4672　　　　　　　电话(TEL): +86-13065585718

1、兹经买卖双方同意成交下列商品订立条款如下：
　It's agreed by bothe parties to trade the following commodities with the following terms:

| 货物名称Description | Our Reference | Container # | Quantity (MTS) Per Container | Total Quantity (KGS) | Unit Price (USD) | Amount |
|---|---|---|---|---|---|---|
| RAYON SPANDEX, 克重(Weight):145克/平方米 (145g/square meter), 4.31米/公斤(4.31m/kg) 门幅(Width):160厘米(160cm), 成分(Composition):95%人棉,5%氨纶 (95%rayon, 5%spandex) | | | 40"HQ | 1 containers of 40"HQ | LDP Mexico City, Mexico Pantaco Via prot of MANZANLLIO or LAZARO CARDENAS. | USD |
| NEGRO | MR | C#AYR054 | 15000 | 3480 | $ 6.640 | 23,109.0 |
| MARINO | MR | C#AYR054 | 10000 | 2320 | $ 6.640 | 15,406.0 |
| ROJO | MR | C#AYR054 | 6000 | 1392 | $ 6.640 | 9,243.6 |
| MENTA | MR | C#AYR054 | 8000 | 1856 | $ 6.640 | 12,324.8 |
| SALMON | MR | C#AYR054 | 10000 | 2320 | $ 6.640 | 15,406.0 |
| CORAL CLARO | MR | C#AYR054 | 8000 | 1856 | $ 6.640 | 12,324.8 |
| AMARILLO | MR | C#AYR054 | 6000 | 1392 | $ 6.640 | 9,243.6 |
| HUESO | MR | C#AYR054 | 15000 | 3480 | $ 6.640 | 23,109.0 |
| BLANCO | MR | C#AYR054 | 10000 | 2320 | $ 6.640 | 15,406.0 |
| AZOL2995 CD | MR | C#AYR054 | 6000 | 1392 | $ 6.640 | 9,243.6 |
| Total | | | | 21810 | | 144,816.7 |

2、交货地点及时间（PLACE & DATE OF DELIVERY）:
　LDP MEXICO CITY ,MEXICO via port of MANZANLLIO or LAZARO CARDENAS.
　C#AYR054必须在2017年6月10日前离开中国口岸。
　The containers of C#AYR054 must depart form any port of CHINA before Jun.10th,2017.
3、运费（FREIGHT CHARGE TERMS）:
　预付运费到达目的港：墨西哥城 （PREPAID TO MEXICO CITY,MEXICO）
　LDP The guest warehouse, customs clearance fee and customs duties are paid by XIAMEN ITG GROUP CORP., LTD
4、包装（PACKING）:用塑料袋（最好中间有小孔镂空）包装，每卷两侧贴标签，标识的重量和米数按照4.31米/公斤计算。
　SEAL WITH PLASTIC AND LABEL FOR BOTH SIDE OF THE EACH ROLL. COUNT 4.31M/KG TO MARK ON THE LABEL.
5、文件要求（DOCUMENTS REQUIREMENTS）:
　每个货柜需要单独的商业发票，装箱单和提单
　EACH CONTAINER HAS TO COME WITH INDIVIDUAL COMMERCIAL INVOICE,PACKING LIST AND BILL OF LADING.
6、付款条件（TERMS OF PAYMENT）:
　OA 180days.
7、数量(QTY):
　21,810 kilograms
　ALLOWANCE +/-5% MORE OR LESS OF QUANTITIES
8、Any claim should be lodged by the buyers within 10days after having discharged the goods at the port of destination. After garments cutting no claim.
9、Arbitration: Any dispute, controversy or claim arising out of or relating to this contract, or the breach, termination or invalidity thereof, shall be settled amicably through negotiation. In case no settlement can be reached between the two parties, the case shall be submitted for arbitration to China International Economic and Trade Arbitration Commission in Beijing in accordance with its Arbitration Rules. The tribunal shall be composed of three arbitrators. Each party shall nominate one arbitrator and jointly nominate the third arbitrator who shall act as the presiding arbitrator. Where the parties have failed to nominate the third arbitrator, the third arbitrator shall be appointed by the chairman of CIETAC. The presiding arbitrator shall not be a lawyer in practice. The arbitrary award shall be accepted as final and binding upon both parties. The arbitration fee shall be borne by the losing party.
10、PI and order after sign, no cancellance, if buyer cancel should pay all Seller's cost, if Seller cancel are same.
11、Notice.
　Any notice under this agreement must be in writing by registered email as following:
　Buyer's email: "fengxu8888@gmail.com"
　Seller's email: mubai52639<mubai52639@aliyun.com>; downy <downy@itg.com.cn>; 964895151@qq.com

买方签章　　　　　　　　　　　　　　　　　　　　　　　　　卖方签章
BUYER'S SIGNATURE　　　　　　　　　　　　　　　　　　　　SELLER'S SIGNATURE

| ISSUER: XIAMEN ITG GROUP CORP., LTD<br>8 INT. GUOMAO BUILDING, HUBIN SOUTH ROAD,<br>XIAMEN, CHINA ZIP CODE: 361000<br>TAX ID: 913502001550054395<br>TEL/FAX:0592-5161888 | COMMERCIAL INVOICE | |
|---|---|---|
| TO:<br>JACE IMPORTACIONES S.A. DE C.V.<br>CALLE PLAZA BUENAVISTA NUMERO 2 INTERIOR 304-305,<br>COLONIA BUENAVISTA DELEGACION CUAUHTEMOC, C.P. 06350 MEXICO D.F.<br>R.F.C.: JIM150410 7KA<br>ATTN: JOSE SALAZAR +52(55) 4336 3220<br>JACEIMPORT@OUTLOOK.COM | INVOICE NO.: 17330YFM08X | DATE: JUN. 22, 2017 |
| | S/C NO: | NLF20170513 |
| TRANSPORT DETAILS:<br>FROM NINGBO, CHINA TO MEXICO CITY, MEXICO | TERMS OF PAYMENT:<br>OA 180 DAYS | |

| MARKS & NO. | DESCRIPTION | QUANTITY(KGS) | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| | FABRICS-TEXTILE | LDP MEXICO CITY, MEXICO | | |
| C#AYR054 | RAYON SPANDEX<br>WEIGHT:145GSM<br>WIDTH:160CM,<br>COMPOSITION:95%RAYON, 5%SPANDEX | 21675.50KGS | USD6.64/KG | US$143,925.32 |
| | | 21675.50KGS | | US$143,925.32 |
| TOTAL: | PACKAGE: 1006 ROLLS | G.W.:21750 KGS | N.W.: 21675.5 KGS | |

SAY U.S. DOLLARS ONE HUNDRED AND FORTY THREE THOUSAND NINE HUNDRED AND TWENTY FIVE AND CENTS THIRTY TWO ONLY

VESSEL NAME & VOYAGE NO.: SANTA ISABEL / 725E
DATE OF SHIPMENT: JUN. 25, 2017





厦门国贸集团股份有限公司
(XIAMEN ITG GROUP CORP., LTD.)

