UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
---------------------------------------------------------------- x

| | | |
|---|---|---|
| XIAMEN ITG GROUP CORP. LTD., | : | |
| | : | ECF Case No. |
| Petitioner, | : | |
| -vs.- | : | **NOTICE OF MOTION TO** |
| | : | **CONFIRM FOREIGN** |
| CRYSTAL VOGUE INC., | : | **ARBITRATION AWARD** |
| | : | |
| Respondent. | : | Oral Argument Requested |

---------------------------------------------------------------- x

**PLEASE TAKE NOTICE** that on March 15, 2021 at 10:00 AM, or as soon thereafter as counsel may be heard, Petitioner Xiamen ITG Group Corp. Ltd. by and through their undersigned counsel, will move before the Court, at the United States District Court, District of Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07101, for entry of an Order granting Petitioner's motion to confirm foreign arbitration award and to enter judgment thereupon.

**PLEASE TAKE FURTHER NOTICE** that in support of said Motion, Petitioner will rely upon the Petition to Confirm Foreign Arbitration Award, declarations, exhibits, and memorandum of law submitted herewith.

Dated: New York, NY
    February 17, 2021

Respectfully submitted,

MAZZOLA LINDSTROM LLP

___s/Ruofei Xiang__
Ruofei Xiang
1350 Avenue of the Americas, 2FL
New York, NY 10019
Tel: (646) 663-1860
ruofei@mazzolalindstrom.com
*Attorneys for Petitioner*

4814-5837-6411, v. 2