

**Michael S. Horn**
*Member of New Jersey
and New York Bars*
mhorn@archerlaw.com
201-498-8529 (Ext. 7529) Direct
201-342-6611 Direct Fax

Archer & Greiner, P.C.
Court Plaza South, West Wing
21 Main Street, Suite 353
Hackensack, NJ 07601-7095
201-342-6000 Main
201-342-6611 Fax
www.archerlaw.com

February 26, 2021

**VIA ECOURTS**
Clerk
District of New Jersey
United States District Court
50 Walnut Street
Newark, New Jersey 07101

      Re:    Xiamen ITG Group Corp, LTD. v. Crystal Vogue, Inc.
                Civil Action No. 2:21-cv-02813

Dear Sir/Madam

      We represent the Defendant, in the above referenced matter. Defendant respectfully submits this letter to advise that Defendant is invoking provisions of L.Civ.R 7.1(d)(5) for an automatic extension of two dates.

      Firstly, we have not been timely served with the pending motion. Therefore, the return date should be moved to April 5, 2021. In addition, pursuant to L.Civ.R 7.1(d)(5), we respectfully request an extension of time to oppose, cross move, and/or respond to the Motion to Enforce which is a dispositive motion. Since my client has not yet been served with process in this matter, the original return date should be April 5, 2021. Pursuant to L. Civ. R 7.1(d)(5) we request that the pending motion be adjourned to the next motion date which is **April 19, 2021**.

      Secondly, we respectfully request pursuant to pursuant to L. Civ. R 6.1 we request that the time to move, plea or otherwise response to the pending Petition to be extended by fourteen (14) days. Since Plaintiff has not yet served Defendant, the earliest the petition would be due is March 19, 2021. The fourteen day extension requested would place the due date as **April 2, 2021**.

      This is the first time a request for these extensions have been made. The reason for these requests are that there is insufficient time to prepare an opposition to the pending motion if the return date remains unchanged. There is also insufficient time to move, plea or otherwise respond to the petition if an extension is not granted. I am currently in the middle of a trial in Rockland County Surrogates Court and I have a number of depositions scheduled in March.

Clerk
February 26, 2021
Page 2

      We appreciate the Court's attention to this request.

                                              Respectfully,

                                              MICHAEL S. HORN

cc: Counsel of Record (via ECF)
220448376v1