# MAZZOLA LINDSTROM LLP

SHAN CHEN, ESQ.
RUOFEI XIANG, ESQ.
JESSICA@MAZZOLALINDSTROM.COM
RUOFEI@MAZZOLALINDSTROM.COM
(646) 216-8300

June 5, 2023

**VIA ECF**

Honorable Brian R. Martinotti and Honorable Edward S. Kiel
United States District Court District of New Jersey
50 Walnut Street, Newark, New Jersey 07102

RE:     ***Xiamen ITG Group Corp. Ltd. v. Crystal Vogue Inc.***

**Docket No.: 2:21-cv-02813-BRM-ESK**

**Request of Reopen of Case and Continuance of Confirmation of CIETAC Arbitration Award**

Dear Your Honor,

Petitioner Xiamen ITG [Xiamen ITG Group Corp. Ltd.] intends to resume prosecution of this case.

Despite Xiamen ITG [Xiamen ITG Group Corp. Ltd.]'s understanding of Respondent's counsel's representation of Respondent's financial status, the confirmation of the arbitral award rendered by the China International Economic and Trade Arbitration Commission ("CIETAC") in favor of our client Xiamen ITG [Xiamen ITG Group Corp. Ltd.] is important to Xiamen ITG [Xiamen ITG Group Corp. Ltd.]. We therefore respectfully request the Court to reinstate this case and resume prosecution of the confirmation of the arbitration award.

Thank you very much.

Respectfully submitted,

**MAZZOLA LINDSTROM LLP**

_____
Shan Chen, Esq.

1350 Avenue of The Americas, Second Floor, New York, New York 10019
1999 Avenue of The Stars, Suite 1100, Los Angeles, California 90067
www.mazzolalindstrom.com

Ruofei Xiang, Esq.
1350 Avenue of the Americas, Second Floor
New York, NY 10019
Tel.: (646) 216-8300
jessica@mazzolaloindstrom.com
ruofei@mazzolalindstom.com
*Attorneys for Petitioner*

CC:     *All Counsel of Record via ECF*