IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---------------------------------------------------------------- x

| | | |
|---|---|---|
| XIAMEN ITG GROUP CORP. LTD., | : | |
| | : | CM/ECF |
| Plaintiff / Petitioner | : | |
| -vs.- | : | Civil Action No.: |
| | : | |
| CRYSTAL VOGUE INC., | : | 2:21-cv-02813-BRM-ESK |
| | : | |
| Defendant / Respondent. | : | |

---------------------------------------------------------------- x

**Certification in Support of the Requested Amount of Fees, Costs, and Interest**

I, Shan Chen, hereby certify as follows, under penalty of perjury, pursuant to 28 USC 1746:

1. I am an attorney with the firm of Mazzola Lindstrom, LLP, counsel for plaintiff / petitioner Xiamen ITG Group Corp. Ltd.

2. I am familiar with the facts, pleadings, and procedural history of this matter.

3. I make this certification in support of plaintiff / petitioner's requested amount of fees, costs, and interest.

4. The total amount of attorney fees and disbursements for filing fees and service of process is $9,889.25.

| | | |
|---|---|---|
| Attorney fees | $9,366.00 | (attached hereto as **Exhibit A)** |
| Cost of filing | $402.00 | |
| Service of Process | $121.25 | (attached hereto as **Exhibit B)** |

5. The foregoing fees and disbursements have been necessarily made or incurred in this action and are reasonable in amount, and that the disbursements set forth above were actually

1

and necessarily paid by this law firm. Of course, the plaintiff / petitioner defers to the court's judgment as to the reasonableness of the fees and costs and will accept a reduced amount as determined by the court.

6. The arbitration costs, based upon the arbitration award issued in Chinese currency, RMB 174,970, at today's (March 6, 2024) exchange rate, is $24,308.49;

7. I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: New York, New York
March 6, 2024

Respectfully submitted,

**MAZZOLA LINDSTROM LLP**

_____
Shan Chen, Esq.
1350 Avenue of the Americas, Second Floor
New York, NY 10019
Tel.: (646) 416-6280
jessica@mazzolaoindstrom.com
*Attorneys for Plaintiff / Petitioner*