IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------------------------------------- x

| | | |
|---|---|---|
| XIAMEN ITG GROUP CORP. LTD., | : | |
| | : | CM/ECF |
| Plaintiff / Petitioner, | : | |
| -vs.- | : | Civil Action No.: |
| | : | |
| CRYSTAL VOGUE INC., | : | 2:21-cv-02813-BRM-ESK |
| | : | |
| Defendant / Respondent. | : | |

------------------------------------------------------------------- x

**ORDER AND JUDGMENT**

This matter having been brought before the Court by and through the attorneys for plaintiff / petitioner Xiamen ITG Group Corp. Ltd., on notice to defendant / respondent Crystal Vogue Inc., for default judgment due to defendant / respondent's failure to plead or otherwise appear, and the Court having considered the Motion, and all submissions in support thereof, and no opposition being filed, and having found that plaintiff / petitioner Xiamen ITG Group Corp. Ltd. is entitled to the following relief sought for good cause shown,

It is on this __3rd_____ day of __April_____ 2024, ORDERED and ADJUDGED that the motion for default judgment (ECF No. 41) is GRANTED and JUDGMENT be entered in favor of plaintiff / petitioner Xiamen ITG Group Corp. Ltd. partially granting relief sought in plaintiff / petitioner's Petition and Motion to Confirm Arbitration Award as against defendant / respondent Crystal Vogue Inc. as follows:

(1) $817,245.83 (principal amount owed);

(2) $33,625.64 in interest, at the rate of 4.75%, pursuant to the arbitration award;

(3) interest at the annual rate of 4.75% calculated from October 30, 2018 to the date the award is paid, pursuant to the arbitration award;

(4) $24,308.49, in arbitration costs, based upon the arbitration award issued in Chinese currency, RMB 174,970, at today's (March 6, 2024) exchange rate;

(5) $523.25 in costs and disbursements for the prosecution of this action.

Plaintiff's motion for attorney's fees is DENIED. Plaintiff has not set forth the basis for fees pursuant to Fed. R. Civ. P. 54(d)(2)(ii) and has not provided sufficient information for the court to determine the reasonableness of the fees, including but not limited to time expended, difficulty of the proofs, intricacy of the case, degree of competence displayed by attorneys, etc. Plaintiff's counsel may file a renewed motion for attorneys fees within 14 days of the entry of this judgment.

_____
BRIAN R. MARTINOTTI, U.S.D.J.